Ernst KANTON, Employee/Respondent,

v.

**HAZELWOOD FARMS BAKERY,**
Employer/Appellant,

and

Home Insurance Company,
Insurer/Appellant,

and

Treasurer, State of Missouri, Custodian
of the Second Injury Fund,
Respondent.

No. 65927.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 29, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 25, 1995.

Application to Transfer Denied
March 21, 1995.

Richard B. Blanke, Charles W. Bobinette, Uthoff, Graeber, Bobinette & O'Keefe, St. Louis, for appellant.

John J. Larson, Jr., Private Atty., St. Louis, Jeremiah W. (Jay) Nixon, Atty. Gen., Maria W. Campbell, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Employer appeals an award by the Labor and Industrial Relations Commission (Commission) finding employer liable to employee for a permanent total disability. We affirm. The order of the Commission is supported by competent and substantial evidence on the whole record, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).